**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>NETWORK CREATIVE GROUP, LLC<br><br>      DEBTOR. | CASE NO. 16-05024-MH3-7<br>CHAPTER 7<br>JUDGE Marian F. Harrison |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: <u>3/22/18</u>**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: <u>4/3/18</u>, 9:00 A.M., COURTROOM THREE, 701 BROADWAY, NASHVILLE, TN 37203**

<u>**NOTICE OF MOTION OF TRUSTEE TO SELL PROPERTY**</u>

    John C. McLemore, Trustee, has asked the court for the following:

Permission of the Court to sell property for the benefit of the bankruptcy estate in the above-styled matter.

    **YOUR RIGHTS MAY BE AFFECTED**. If you do not want the Court to grant the attached motion, or if you want the Court to consider your views on the motion, then on or before <u>3/22/18</u> you or your attorney must:

1. File with the Court your response or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: https://ecf.tnmb.uscourts.gov.**

   If you need assistance with Electronic Filing, you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: U.S. Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, Tennessee (Monday – Friday, 8:00 a.m. – 4:00 p.m.).

2. **Your response must state that the deadline for filing responses is 3/22/18, the date of the scheduled hearing is 4/3/18 and the motion to which you are responding is *Motion of Trustee to Sell Property*.**

3. You must serve your response or objection by electronic service through the Electronic Filing system described above. You must also mail a copy of your response or objection to:

   | | |
   |---|---|
   | John C. McLemore, Trustee<br>2000 Richard Jones Rd., Ste. 250<br>Nashville, TN 37215 | United States Trustee<br>701 Broadway, Customs House Suite 318<br>Nashville, TN 37203 |

       If a timely response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE***. You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at www.tnmb.uscourts.gov .

       If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

       This 1st day of March, 2018.

                                                                                            Respectfully submitted,

                                                                                          */s/ John C. McLemore, Trustee*
                                                                                          John C. McLemore, Trustee
                                                                                          Tn. Bar No. 3430
                                                                                          2000 Richard Jones Rd., Ste. 250
                                                                                          Nashville, TN 37215
                                                                                          (615) 383-9495 (phone)
                                                                                          (615) 292-9848 (fax)
                                                                                          **jmclemore@gmylaw.com**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>NETWORK CREATIVE GROUP, LLC<br><br><br>DEBTOR. | CASE NO. 16-05024-MH3-7<br>CHAPTER 7<br>JUDGE Marian F. Harrison |

## MOTION OF THE TRUSTEE TO SELL PROPERTY

The Trustee, John C. McLemore, moves the Court for the entry of an order authorizing him to proceed with the private sale of the following property of the estate:

**Proposed Buyer:** Mandolin Productions, LLC, 631 Bonita Parkway, Hendersonville, TN 37075

**Property Description:** Ronnie Reno Catalog #101-#206 listed on the exhibit attached. The items circled have not been located. If they are ever located, this sale includes those items too.

**Sale Price: $5,000.00**

This sale is in the best interest of the estate because it is being accomplished without the expense of an auctioneer. The Trustee has had several individuals look at the items currently in storage to determine its value.

A minimum upset bid of $1,000.00 will be accepted. The bid may be entered by notifying the Trustee in writing or by email. An upset bid may also be entered by filing an objection to sale with the Court which states the objecting party is increasing the bid by at least $1,000.00.

Unless an objection and application for hearing is filed with the United States Bankruptcy Clerk, First Floor Customs House, 701 Broadway, Nashville, Tennessee 37203; and a copy served on the United States Trustee's Office, 318 Customs House, 701 Broadway, Nashville, Tennessee 37203; and upon the Trustee in accordance with the Notice of Motion of the Trustee to Sell Property, the Trustee will proceed with the sale of the herein described property.

PROPERTY IS TO BE SOLD AS IS, WHERE IS, AND FREE AND CLEAR OF ANY LIENS. ANY VALID AND PROPER LIEN WILL ATTACH TO THE PROCEEDS OF THE SALE. TRUSTEE WILL CONVEY BY VALID BANKRUPTCY TRUSTEE'S DEED, OR APPROPRIATE INSTRUMENT, THE RIGHT, TITLE AND INTEREST THAT TRUSTEE HAS THE RIGHT TO CONVEY. TRUSTEE WILL PAY EXEMPTIONS AND LIENHOLDERS AS FOLLOWS:

1st Lienholder*:* None

Debtor(s) Statutory Exemption: None

This sale does not include Personal Identifiable Information (PII).

It is anticipated that there is sufficient equity in the property to pay all 506(c) expenses and that this sale will result in a distribution being made to unsecured creditors.

This sale is an "arm's length" transaction. The Trustee, his employees and Bankruptcy court officials are prohibited from bidding.

**WHEREFORE**, the Trustee prays that the Court enter an Order authorizing him to proceed with the sale of this property pursuant to the provisions of 11 U.S.C. § 363 free and clear of all liens with the liens that may exist attaching to the proceeds of the sale.

The Trustee further prays that the 14 day stay of the sale of this property following the entry of this order as provided for in FRBP 6004(h) be waived.

Dated this 1st day of March, 2018.

                                          Respectfully submitted,

                                        */s/ John C. McLemore, Trustee*
                                        John C. McLemore, Trustee
                                        Tn. Bar No. 3430
                                        2000 Richard Jones Rd., Ste. 250
                                        Nashville, TN  37215
                                        (615) 383-9495 (phone)
                                        (615) 292-9848 (fax)
                                        **jmclemore@gmylaw.com**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>NETWORK CREATIVE GROUP, LLC<br><br><br>DEBTOR. | CASE NO. 16-05024-MH3-7<br>CHAPTER 7<br>JUDGE Marian F. Harrison |

### ORDER TO SELL PROPERTY

Upon consideration of the motion of John C. McLemore, Trustee, for authority sell the following property by private sale:

Ronnie Reno Catalog #101-#206 listed on the exhibit attached. The items circled have not been located. If they are ever located, this sale includes those items too.

The Motion and Proposed Order were served on the Debtor(s), Debtor's counsel, all creditors and all parties requesting notice. Each was given twenty-one (21) days to object. No objections have been filed with the Court;

And it appearing to the Court that the sale of property will be beneficial to the bankruptcy estate;

It is hereby

**ORDERED** that John C. McLemore, Trustee, is authorized to sell this property by private sale pursuant to the provisions of 11 U.S.C. § 363 free and clear of all liens with the liens that may exist attaching to the proceeds of the sale.

It is further **ORDERED** that the 14 day stay of the sale of this property following the entry of this order set out in FRBP 6004(h) is hereby **WAIVED**.

It is further **ORDERED** the Trustee will file a report of sale as required by FRBP 6004(f).

This Order was signed and entered electronically as indicated at the top of this page.

**APPROVED FOR ENTRY:**

*/s/ John C. McLemore, Trustee*
John C. McLemore, Trustee
Tn. Bar No. 3430
2000 Richard Jones Rd., Ste. 250
Nashville, TN 37215
(615) 383-9495 (phone)
(615) 292-9848 (fax)
**jmclemore@gmylaw.com**



| Show | Code | # | Guest | Description |
|---|---|---|---|---|
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 101 | Nashville Bluegrass Band | Host Ronnie Reno welcomes special guest Nashville Bluegrass Band |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 102 | Ralph Stanley | Special guest Dr. Ralph Stanley singing "W and "Mountain Folks" |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 103 | Lonesome River Band | The Lonesome River Band is featured in th singing "9lb Hammer" and "You Gotta Do Gotta Do". There is also a classic clip of R Smiley from the 60's. |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 104 | IIIrd Tyme Out | IIIrd Tyme Out singing "Eating Lower on th and "A Phone Call Away" |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 105 | Claire Lynch | Claire Lynch performs acoustic versions of great traditional gospel favorites like "Pau Walked". |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 106 | Osborne Brothers | The Osborne Brothers performing some o like "Midnight Flyer" |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 107 | Leroy Troy | The unique but traditional banjo playing c Troy with "Keep Your Skillet Good and Gre |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 108 | Carl Jackson, Larry Cordle | Carl Jackson with hits "9lb Hammer" and ' Heels" |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 109 | JD Crowe | JD Crowe and New South are the special g performing "Lonesome Road Blues", "If I ( Home Again" and more. |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 110 | Mac Wiseman | The legendary Mac Wiseman singing "Jim the Newsboy" and "Shackles and Chains" |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 111 | Christmas Special 1 | Some of Ronnie's favorite moments in thi Special |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 112 | Cox Family | The Cox Family joins Ronnie and perform "I'm Going Back" and "I've Got That Old F |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 113 | Tasha Harris | Tasha Harris brings a new feel and sound of a Golden Morning" |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 114 | Alisa & Ramona Jones | Alisa and Ramona Jones singing "Whiskey Breakfast" and "Sail Away Ladies" |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 115 | Jim & Jesse McReynolds | Jim & Jesse McReynolds singing hits "Thar trip to Paradise" and "Flower of the Deser |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 116 | Doyle Lawson | The a capella music of Doyle Lawson perfc "Just A Little Talk With Jesus" and "I Love |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 117 | Del McCoury | Ronnie welcomes bluegrass legend Del M who performs "A Goodman Like Me" and Side of Love" |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 118 | Larry Sparks | Larry Sparks with hits "John Deer Tractor" "Taking a Slow Train" |

| Show | Code | # | Guest | Description |
|---|---|---|---|---|
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 119 | The Whites | Join Ronnie and The Whites who perform Morning Country Rain" and "Lonesome W |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 120 | Charlie Waller | Special tribute episode to the late Charlie who performs "Matterhorn" and "Teach Y Children" |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 121 | Larry Stephenson | The Larry Stephenson Band performs "Wa Blues Away" and "Light at the River" |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 122 | Lost & Found | Special guest the group Lost & Found sing "Sweethearts in Heaven" and "Sawmill Ro |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 123 | Tom T Hall | The legendary Tom T Hall with classics "Cl Delaney" and "Fox on the Run" |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 124 | Eddie Adcock | Special guest Eddie Adcock with such grea "Gold Watch & Chain" and "Black Mounta |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 125 | Jimmy Martin Tribute | A special tribute to the legendary Jimmy N performing "Circle Be Unbroken" and "Fre Man" |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 126 | The Dillards | The Dillards perform "Dooley", one of the that debuted on the Andy Griffith Show. |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 127 | Bill Harrell | The Legendary Bill Harrell and The Virginia |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 128 | Lewis Family | The legendary Lewis Family with gospel hi Not Be Moved" and "I Believe It" |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 129 | New Coon Creek Girls | The New Coon Creek Girls performing "Fir and "Ida Red" |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 130 | Don Reno & Red Smiley Special-Part 1 | Part 1 of a special on Don Reno & Red Sm featuring classic archive footage from the |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 131 | Lou Reed and Terry Baucum | Special Guests Lou Reed and Terry Baucor "Carolina Moon" |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 132 | Kathy Chiavola | Kathy Chiavola performs "The Harvest" ar On The Way" |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 133 | Don Reno & Red Smiley Special-Part 2 | Part 2 of a special tribute to one of the gr in Bluegrass history, Don Reno and Red Sr Reno was not only Ronnie's Dad, but also most revered banjo players ever in Bluegr |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 134 | Lonesome River Band | Special guest is the Lonesome River Band Kaminski |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 135 | Lynn Morris Band | Lynn Morris Band with some old time claw banjo playing |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 136 | Bluegrass Cardinals | A look back at a legendary band, the Blue Cardinals |

| Show | Code | # | Episode | Description |
|---|---|---|---|---|
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 137 | Cluster Pluckers | Nashville based band the Cluster Pluckers fine pickin. |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 138 | Raymond Fairchild | Some great banjo picking with Raymond F performing songs like "Born Again", "Who Whoa!" and others. |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 139 | New Tradition | The mid-America Gospel sound from Nev |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 140 | Bluegrass Gospel Special Part 1 | Bluegrass gospel with Lou Reid, Doyle Law more |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 141 | Bluegrass Gospel Special Part 2 | More bluegrass gospel with Claire Lynch, Family and more. |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 142 | Bluegrass Gospel Special Part 3 | Special guests include Eddie Adcock, Trad Grass and JD Crowe |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 143 | Bluegrass Gospel Special Part 4 | Great bluegrass gospel with Tasha Harris, Creek Girls and New Tradition |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 144 | Doug Dillard Band | The Doug Dillard Band, including the hit "I Tune" |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 145 | Crowe & McLaughlin | Ronnie welcomes special guests Crowe & McLaughlin |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 146 | Charlie Sizemore | Charlie Sizemore, the former lead singer f Stanley |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 147 | Charlie Waller Tribute Special | A special tribute to the late Charlie Waller |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 148 | Front Range | Ronnie welcomes his special guests, the b Range |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 149 | Part 2 of Renfro Valley Folks | Ronnie takes a special look at the Renfro dance and its history. |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 150 | Jim & Jesse McReynolds Story Part 1 | Ronnie sits down with Jesse McReynolds 1 about the earlier days of Jim & Jesse |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 151 | Jim & Jesse McReynolds Story Part 2 | This special episode is Part 2 of the Jim & McReynolds Story. Jesse reminisces about days in bluegrass music and shares with u archival footage from the Jim & Jesse Sho 70's. |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 152 | Jim & Jesse McReynolds Story Part 3 | Part 3 of a Special with Jesse McReynolds back at the Jim & Jesse TV show, 3rd of 4 |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 153 | Jim & Jesse McReynolds Story Part 4 | Conclusion of a Special with Jesse McReyr look back at the Jim & Jesse TV show |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 159 | Traditional Grass | Special Guest Traditional Grass |

| Show | ID | Episode | Description |
|---|---|---|---|
| America's Backroads | BHTV-AB- 105 | Denton Bluegrass Festival(ROTMF) | We go behind the scenes with special mu: interviews at the Doyle Lawson Bluegrass 1993 |
| America's Backroads | BHTV-AJ- 103 | The Families of Bluegrass(ROTMF) | Take a memorable look back at some of tl families of Bluegrass such as The Stanley E The Osborne Brothers and more. |
| American Journeys | BHTV-AJ- 112 | Bluegrass Memories Footage that belongs to Mandolin Productions | Bluegrass legend Mac Wiseman hosts a sp sharing stories of the early days in Bluegrass Included in this special are classic perform Mac Wiseman, Lester Flatt and Chubby W the Mac Wiseman Festival held in Renfro in 1971. |
| American Journeys | BHTV-AJ- 133 | Renfro Valley Remembered | Stan Hitchcock and Ronnie Reno sit down reminisces about their history at the Renf Barn Dance in Renfro Valley, KY. Classic fc performance they did while Stan was runr the late 1980's. |
| American Journeys | BHTV-AJ- 140 | Jim & Jesse McReynolds Special Part 2 | In Part 2 of the Jim & Jesse McReynolds Si reminisces about the early days in bluegra take a look back at the old Jim & Jesse Mc TV show in the 70's |
| Network Sampler | BHTV-NS- 103 | Footage from Reno's Old Time Music Festival | This episode features two favorite bluegra Ronnie Reno and the Reno Brothers & Do and Quicksilver! |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- 160 | Eddie Adcock (RMF017) | Special guest Eddie Adcock |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- 161 | Cordle & Duncan | Guests are Larry Cordle and Glen Duncan |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- 162 | Wild & Blue | Guest is Wild & Blue |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- 163 | Randall Hylton | Guest is Randall Hylton |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- 170 | 2006 year end special | A year in review with some of Ronnie's fav moments from his archive. |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- 154 | Renfro Valley Barn Dance | Ronnie takes a special look at the music h Renfro Valley |

| Show | Code | # | Title | Description |
|---|---|---|---|---|
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 155 | Mike Snider | Ronnie Reno welcomes Mike Snider. The Tradition plays "Freight Train Boogey" and Snider has some fun with "Acorn Hill Brea and "Dalleys Reef/Forked Deer" |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 156 | Rhonda Vincent & The Rage | Rhonda Vincent and The Rage are the gue performing hits "Kentucky Borderline", "F Men" and more. |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 157 | (Christmas Special 2) | Ronnie introduces some of his favorite blu gospel songs in this Christmas Special |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 158 | Continental Divide | David Parmley and his band Continental D appear featuring songs I" Had A Time" an "Leeberry Rye" |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 171 | Mac Wiseman Special, Pt 1 | Part 1 of 2 as Bluegrass legend and host N Wiseman presents a special featuring clas from the Mac Wiseman Festival held in Re Valley, KY in the early 70's |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 172 | (Mac Wiseman Special, Pt 2) | Part 2 of 2 as Bluegrass legend and host N Wiseman presents a special featuring clas from the Mac Wiseman Festival held in R Valley, KY in the early 70's |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 201 | The Grascals | One of the best Bluegrass bands, The Gra |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 202 | Del McCoury | One of the legends of Bluegrass, Del McC his band. |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 203 | Cherryholmes Family | Great playing, original music from The Ch Family |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 204 | Marty Raybon | Marty Raybon, former lead singer of the h Shenandoah, comes to the music festival |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 205 | High Falls, NC Fiddle Festival | We go on the road as young and old get t compete at the 73rd Annual High Falls, N Carolina Fiddler Convention |
| Reno's Old Time Music Festival Best of* | BHTV-ROTM- | 206 | Gospel Special | Bluegrass Gospel from Del McCoury, Cher Family, Rhonda Vincent and a vintage per from Mac Wiseman. |

OK

\* DOES NOT BELONG TO ME

Ronnie Reno 2-21-18

2-21-18



| Song | Artist | Time | Category |
|---|---|---|---|
| I using My Bible | Reno & Smiley | 2:30 | Mandolin |
| Long Ago | Mac Wiseman | 1:52 | Mandolin |
| Driftwood on the River | Mac Wiseman | 3:30 | Mandolin |
| Hold Fast to the Right | Mac Wiseman | 2:35 | Mandolin |
| Light at the River | Shenandoah Cutups | 2:30 | Mandolin |
| When they call Reveille | Mac Wiseman | 2:22 | Mandolin |
| What a Friend in Jesus | Cubby Wise | 2:38 | Mandolin |
| Live by the Side of the Road | Mac Wiseman | 4:00 | Mandolin |
| Some Body Touch Me | Shenandoah Cutups | 2:30 | Mandolin |
| Renfro Valley | John Lair | 2:30 | Mandolin |
| Everlasting Arms | John Lair | 3:00 | Mandolin |
| He Goes to Church | CherryHolmes | 3:30 | BHTV |
| Front Porch Gospel | Ronnie Reno | 3:30 | BHTV |
| Gospel | Grasscals | 3:00 | BHTV |
| It all came thru the Blood | Marty Raybon | 3:10 | BHTV |
| Five Flat Rocks | Del McCoury | 4:00 | BHTV |
| Fishers of Men | Rhonda Vincent | 3:00 | BHTV |
| Quartet | David Parmley | 3:00 | BHTV |
| ✶ Just a little talk with Jesus | Doyle Lawson | 3:01 | Insp |
| Fields of Home | Cordle & Duncan | 4:27 | Insp |
| Jubilee Chimes | Little Roy | 5:43 | Insp |
| I shall not be moved | Lewis Family | 2:42 | Insp |
| Over in the Glory Land | Reno & Smiley | 3:22 | Mandolin |
| I believe It | Lewis Family | 2:38 | Insp |
| Church in the Wildwood | Lewis Fanily | 4:05 | Insp |
| Hear Jerusalem Moarn | New Tradition | 2:00 | Insp |
| Using My Bible | Cox's & Reno | 2:00 | Insp |
| Whispering Hope | Reno & Smiley | 2:20 | Mandolin |
| Little Whitewashed Chimney | Cox's Family | 3:00 | Insp |
| Keep on the Sunny Side | Whites & Reno's | 2:40 | Insp |
| ✶ Erase the Miles | 3rd Time Out | 4:50 | Insp |
| Water Lily | Ralph Stanley | 2:20 | Insp |
| Rank Stranger | Stanley & Reno | 3:03 | Insp |
| What a Friend we have(instr) | Demspy Young | 1:43 | Insp |
| Sweethearts in Heaven | Lost & Found | 2:42 | Insp |
| Mountain Laurel | Bluegrass Cardinals | 2:15 | Insp |
| Home Above | Bluegrass Cardinals | 2:41 | Insp |
| Hello Jesus | Reno Brothers | 2:10 | Insp |
| Where will I shelter my sheep | Eddie Adcock | 2:50 | Insp |
| I believe in the old Way | Traditional Grass | 2:14 | Insp |
| Green Pastures in the Sky | Larry Sparks | 2:40 | Insp |

rwreno@bluehighwaystv.com
Toll-free 866-454-2488 • Phone (615) 264-3292 • Fax (615) 264-3308
111 Shivel Drive, Hendersonville, TN 37075



| Title | Artist | Time | Category |
|---|---|---|---|
| To Be his Child | Nashville BG Band | 1:25 | Insp |
| I'd rather live by the side | Mac Wiseman | 3:04 | Insp |
| God's own Singer | JD Crowe | 2:57 | Insp |
| Tis Sweet to be remembered | Mac Wiseman | 2:23 | Insp |
| When My time comes to Go | Larry Sparks | | |
| Will the Circle be unbroken | Mac Wiseman | 3:40 | Insp |
| Set your fields on Fire | Charlie Waller | 2:41 | Insp |
| Waltz of the Angels | Charlie Waller | 3:37 | Insp |
| He Leadeth Me | Claire Lynch | 3:33 | Insp |
| Peter & Paul Walked | Claire Lynch | 3:38 | Insp |
| Toe to Toe | Wild & Blue | 2:23 | Insp |
| Gleams of a Golden Morning | Tasha Harris | 3:31 | Insp |
| Somebody Touch Me | Dillards | 2:00 | Insp |
| Light at the River | Larry Stephenson | 2:16 | Insp |
| Weapon of Prayer | Cluster Pluckers | 2:44 | Insp |
| I saw the Master this Morning | Bill Harrell | 4:05 | Insp |
| Amazing Grace | Doug Dillard | 3:47 | Insp |
| I pressed though the crowd | Charlie Sizemore | 3:41 | Insp |
| Little Mt. Church | Carl Jackson | 2:14 | Insp |
| The Solid Rock | Lonesome River | 2:52 | Insp |
| Where the Soul never dies | Alisa & Ramona Jones | 2:17 | Insp |
| I want to be a christen Soldier | Crowe & McLaughlin | 2:24 | Insp |
| Little Rosewood Casket | SupersPickers | | Insp |
| Kneel Down & Pray up | Carolina | 2:05 | Insp |
| Coming Down from God | Jim & Jesse | 3:01 | Insp |
| I am a Pilgrim | Kathy Chiavola | 2:22 | Insp |
| The Harvest | Kathy Chiavola | 2:36 | Insp |
| Shake My Mother's Hand | Jimmy Martin | 3:15 | Insp |
| Will the Circle be Unbroken | Jimmy & Cast | 3:00 | Insp |
| Over in the Gloryland | Front Range | 1:47 | Insp |
| Born Again | Raymond Fairchild | 2:13 | Insp |
| Slippers with Wings | Randall Hylton | 2:18 | Insp |

rwreno@bluehighwaystv.com
Toll-free 866-454-2488 • Phone (615) 264-3292 • Fax (615) 264-3308
111 Shivel Drive, Hendersonville, TN 37075
Case 3:16-bk-05024   Doc 215   Filed 03/01/18   Entered 03/01/18 08:54:06   Desc Main
Document   Page 11 of 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION

| IN RE: | |
|---|---|
| NETWORK CREATIVE GROUP, LLC | CASE NO. 16-05024-MH3-7<br>CHAPTER 7<br>JUDGE Marian F. Harrison |
| DEBTOR. | |

### CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was mailed either electronically or by U.S. mail, postage prepaid, to the U.S. Trustee, 701 Broadway, Customs House Suite 318, Nashville, TN 37203; Debtor, Network Creative Group, LLC, 105 SE Parkway Court Suite 105, Franklin, TN 37064; Debtor's attorney, Madison Lisa Conquest, 511 Union Street, Suite 2300, Nashville, TN 37219; all creditors, and all parties requesting notice, as reflected on the mailing matrix attached to the original of this pleading on file with the Clerk of this Court.

This 1st day of March, 2018.

                                              Respectfully submitted,

                                              */s/ John C. McLemore, Trustee*
                                              John C. McLemore, Trustee
                                              Tn. Bar No. 3430
                                              2000 Richard Jones Rd., Ste. 250
                                              Nashville, TN  37215
                                              (615) 383-9495 (phone)
                                              (615) 292-9848 (fax)
                                              **jmclemore@gmylaw.com**

**Attachments:**

    (1)   Notice of Motion of Trustee to Sell Property

    (2)   Motion of the Trustee to Sell Property

    (3)   Proposed Order to Sell Property

| | | |
|---|---|---|
| ALAN JORDAN<br>6797 FORKED DEER ROAD<br>GATES TN 38037-6003 | ALAN MCLAUGHLIN<br>203 SEVEN SPRINGS COURT<br>MT. JULIET TN 37122-3862 | ASCAP<br>2 MUSIC SQUARE WEST<br>NASHVILLE TN 37203-3295 |
| AUMAN ENTERPRISES, LLC<br>611 PREYS STREET<br>GREENSBORO NC 27410-5351 | BALFOUR ASSOCIATES, INC.<br>5109 LONG MEADOW CIRCLE<br>GREENWOOD VILLAGE CO 80111-3419 | BANKCARD CENTER<br>P.O. BOX 1545<br>MEMPHIS TN 38101-1545 |
| BARNEY SCHOTTERS<br>2420 S COLUMBINE STREET<br>DENVER CO 80210-5424 | BMI CABLE & NEW MEDIA<br>10 MUSIC SQUARE EAST<br>NASHVILLE TN 37203-4321 | BOTTOM LINE MANAGEMENT<br>1033 16TH AVENUE SOUTH<br>NASHVILLE TN 37212-2302 |
| BROADCAST PARTNERS<br>P.O. BOX 2525<br>KINGSLAND GA 31548-2525 | ~~BROADVIEW SOFTWARE, INC.~~<br>~~110 ADELAIDE STREET EAST~~<br>~~3RD FLOOR~~<br>~~TORONTO, ONTARIO M5C 1K9~~<br>~~CANADA~~ | BROCKMAN ASSOCIATES<br>JOHN BROCKMAN<br>109 RADCLIFF LANE<br>HENDERSONVILLE TN 37075-7117 |
| CHARLES THOMAS HAMMOND, JR.<br>P.O. BOX 215<br>HALLS TN 38040-0215 | CHARTER COMMUNICATIONS<br>FDBA TIME WARNER CABLE<br>7800 CRESCENT EXECUTIVE DRIVE<br>CHARLOTTE NC 28217-5500 | Charter Communications, Inc.<br>60 Columbus Circle, 16th Floor<br>New York, NY 10023-5860 |
| CRAWFORD MEDIA SERVICES<br>ATTN: KALUNDA MALCOLM<br>6 WEST DRUID HILLS DRIVE NE<br>ATLANTA GA 30329-2138 | DAVID A. NEWBAKER<br>CHRISTY NEWBAKER<br>818 W. MOLLY LANE<br>PHOENIX AZ 85085-6391 | ~~DAVID A. NEWBAKER~~<br>~~CHRISTY NEWBAKER~~<br>~~2776 VIAR ROAD~~<br>~~DYERSBURG TN 38024-8466~~ |
| DAVID VAN VALKENBURG<br>5109 LONG MEADOW CIRCLE<br>GREENWOOD VILLAGE CO 80111-3419 | DAVID W. HOUSTON IV<br>BURR & FORMAN LLP<br>511 UNION STREET, SUITE 2300<br>NASHVILLE TN 37219-1756 | DAVIDA M. SHEAR<br>2224 TALBOTT AVENUE<br>LOUISVILLE KY 40205-2226 |
| DENISE T. HITCHCOCK<br>600 DESHEA CREEK ROAD<br>GALLATIN TN 37066-7928 | DIRECT CAPITAL CORPORATION<br>ATTN: PETER HANRAHAN<br>155 COMMERCE WAY<br>PORTSMOUTH NH 03801-3243 | DIRECT CAPITAL CORPORATION<br>155 COMMERCE WAY<br>PORTSMOUTH NH 03801-3243 |
| DISH NETWORK LLC<br>13155 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693-0131 | DISH Network, LLC<br>c/o Thomas H. Forrester<br>150 Third Avenue South<br>Suite 1700<br>Nashville, TN 37201-2041 | ~~DONALD HARWOOD~~<br>~~2356 HIWAN DRIVE, STE 43~~<br>~~EVERGREEN CO 80439-8980~~ |
| Encompass Digital Media<br>c/o Phillip G. Young, Jr.<br>Thompson Burton PLLC<br>One Franklin Park<br>6100 Tower Circle, Suite 200<br>Franklin, TN 37067-1465 | ENCOMPASS DIGITAL MEDIA INC<br>3845 PLEASANTDALE ROAD<br>ATLANTA GA 30340-4205 | ENCOMPASS DIGITAL MEDIA SERVICES, INC.<br>ATTN: CHRIS WEISSINGER<br>3845 PLEASANTDALE ROAD<br>ATLANTA GA 30340 - 4205 |

| | | |
|---|---|---|
| FERRIS E. PERRY<br>4519 SILVER GATE DRIVE<br>CASTLE ROCK CO 80108-8472 | FIRST LIGHT PRODUCTIONS, LLC<br>C/O DAN MILLER<br>64 ROLLING HILLS DRIVE<br>CODY WY 82414-8326 | GENE BICKNELL<br>4200 W. 115TH STREET, STE 100<br>LEAWOOD KS 66211-2729 |
| HEINO MOELLER<br>3284 LOCUST HOLLOW<br>NOLENSVILLE, TN 37135 | HITCHCOCK ENTERPRISES<br>600 DESHEA CREEK ROAD<br>GALLATIN TN 37066-7928 | HURT & HURT RENTAL COMPANY<br>DAVID HAROLD HURT, III<br>P.O BOX 276<br>HALLS TN 38040-0276 |
| I. LYNN BECKMAN<br>P.O. BOX 3012<br>SWANTON MD 21561-0312 | JACQUELINE KENNEDY<br>121 TOWNSHIP COURT<br>HENDERSONVILLE TN 37075-2909 | JAY JORDAN<br>7768 FORDED DEER ROAD<br>GATES TN 38037-6012 |
| JENNINGS & CLOUSE, PLC<br>1509 HUNT CLUB BLVD. #500<br>GALLATIN TN 37066-6049 | JERUSALEM RIDGE INVESTMENTS, LLC<br>6210 HIGHWAY 62 E<br>BEAVER DAM KY 42320-8947 | JOHN BROCKMAN<br>109 RADCLIFF LN<br>HENDERSONVILLE, TN 37075-7117 |
| JOHN BROCKMAN<br>BROCKMAN ASSOCIATES<br>109 RADCLIFF LANE<br>HENDERSONVILLE TN 37075-7117 | ~~JOHN C. MCLEMORE +~~<br>~~LAW OFFICE OF JOHN C. McLEMORE, PLLC~~<br>~~2000 RICHARD JONES RD., STE. 250~~<br>~~NASHVILLE, TN 37215-2885~~ | JOHN PATRICK MICHAELS JR<br>2603 S PARKVIEW STREET<br>TAMPA FL 33629-7614 |
| JOHN PATRICK MICHAELS JR<br>101 E KENNEDY BLVD SUITE 3300<br>TAMPA FL 33602-5151 | KAREN D. HURLEY<br>609 PREYS STREET<br>GREENSBORO NC 27410-5351 | ~~KELLY TWINS PRODUCTIONS, INC.~~<br>~~2514 LOUIS~~<br>~~ST. LOUIS MO 63144-2535~~ |
| LA RAE MARSIK<br>10072 GLENSTONE CIRCLE<br>HIGHLANDS RANCH CO 80130 | LAW OFFICE OF ROBERT ST. JOHN ROPER<br>PO BOX 6374<br>DENVER CO 80206-0374 | LELA COCOROS GOLDSTEIN<br>290 W. 12TH AVENUE, #602<br>DENVER CO 80204-3668 |
| ~~UNITED STATES TRUSTEE~~<br>~~701 BROADWAY, STE 318~~<br>~~NASHVILLE TN 37203-3966~~ | MACKENZIE DYER<br>117 N. SHADOWHAVEN WAY<br>HENDERSONVILLE TN 37075-7226 | MADISON LISA CONQUEST +<br>BURR & FORMAN, LLP<br>511 UNION STREET<br>SUITE 2300<br>NASHVILLE, TN 37219-1756 |
| MANSION AMERICA, LLC<br>189 EXPRESSWAY LANE<br>BRANSON MO 65616-7122 | ~~MARILYN BERRYMAN~~<br>~~7324 WEST OHIO AVENUE, #201~~<br>~~LAKEWOOD CO 80226-4987~~ | MARILYN BERRYMAN<br>5201 S FOX STREET UNIT 309<br>LITTLETON CO 80120-5307 |
| MARQUETTE COMMERCIAL FINANCE<br>1600 W. 82ND ST., SUITE 250<br>BLOOMINGTON MN 55431-1407 | ~~MEDIA BUSINESS CORPORATION~~<br>~~1810 PLATTE~~<br>~~DENVER CO 80202-1036~~ | MEGAN SELIBER<br>OFFICE OF THE UNITED STATES TRUSTEE<br>318 CUSTOMS HOUSE 701 BROADWAY<br>NASHVILLE TN 37203 |

| | | |
|---|---|---|
| ~~MICHAEL T. WELLS~~<br>~~KIMBERLY D WELLS~~<br>~~P.O. BOX 8~~<br>~~HORNBEAK TN 38232-0008~~ | NATIONAL CABLE TELEVISION COOPERATIVE<br>11200 CORPORATE AVENUE<br>LENEXA KS 66219-1392 | NE MONTANA TRANSLATOR SERVICE<br>VALLEY COUNTY TV DISTRICT #1<br>501 COURT SQUARE, BOX 2<br>GLASGOW MT 59230-2405 |
| NEAL G. WALL<br>VIVIA K. WALL<br>13490 HIGHWAY 211 NORTH<br>NEWBERN TN 38059-3084 | ~~NETWORK CREATIVE GROUP, LLC~~<br>~~1242 OLD HILLSBORO ROAD~~<br>~~FRANKLIN TN 37069-9129~~ | NETWORK CREATIVE GROUP. LLC<br>c/o ALAN MCLAUGHLIN<br>203 SEVEN SPRINGS CT.<br>MT. JULIET, TN 37122 |
| O. GENE BICKNELL REVOCABLE TRUST<br>MARINER WEALTH ADVISORS, LLC<br>ATTN: MARTIN C. BICKNELL<br>115TH STREET, SUITE 100<br>LEAWOOD KS 66211 | OOYALA, INC.<br>4750 PATRICK HENRY DRIVE<br>SANTA CLARA CA 95054-1851 | PAUL S. MAXWELL<br>89 FAIRVIEW CIRCLE<br>BRECKENRIDGE CO 80424-8921 |
| PAUL SOLITARIO<br>328 SUMMERMORE DRIVE<br>CHARLOTTE NC 28270-6011 | POOR WILLIE'S FARMS, LLC<br>ATTN: ROBERT TURNER<br>1205 WESTLAKE DRIVE<br>SUITE 100<br>BERWYN PA 19312-2411 | RONNIE RENO<br>631 BONITA PARKWAY<br>HENDERSONVILLE TN 37075-4608 |
| ROSS K. BAGWELL SR.<br>905 KINGSFORD WAY<br>KNOXVILLE TN 37919-7493 | SCOTT FRY<br>217 EVERGREEN TRACE<br>CANTON GA 30114-7750 | SESAC, INC.<br>35 MUSIC SQUARE EAST<br>NASHVILLE TN 37203-4362 |
| SKYBEST COMMUNICATIONS<br>PO BOX 759<br>WEST JEFFERSON NC 28694-0759 | SOUTHERN LEASE MANAGEMENT GROUP LLC<br>ATTN: TOM HAMMOND<br>P.O. BOX 215<br>HALLS TN 38040-0215 | STANLEY E. HITCHCOCK<br>600 DESHEA CREEK ROAD<br>GALLATIN TN 37066-7928 |
| STEVEN R. NELSON<br>FORMERLY THE NELSON NETWORK, INC.<br>325 CROSS PLACE ROAD<br>WASHINGTON MA 01223-9401 | STORPLACE<br>2360 GALLATIN PIKE<br>MADISON TN 37115-2008 | THE ENTERTAINMENT GROUP<br>CHRISTOPHER LEWIS<br>104 JAY LANE<br>EUREKA SPRINGS AR 72632-3231 |
| ~~THE ENTERTAINMENT GROUP~~<br>~~4750 NE INDIAN RIVER DRIVE~~<br>~~JENSEN BEACH FL 34957~~ | Thomas H. Forrester<br>150 Third Ave South<br>Suite 1700<br>Nashville, TN 37201-2041 | TOBIN AND COMPANY INVESTMENT<br>BANKING GROUP LLC<br>112 S. TRYON ST., #1760<br>CHARLOTTE NC 28284-2199 |
| VIVICAST MEDIA<br>1780 MORIAH WOODS BLVD<br>SUITE 1<br>MEMPHIS TN 38117-7100 | | |